[No. 50957-8-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JANIE BEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01520-1, Anita L. Farris, J., entered August 12, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51027-4-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MONICA L. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03665-8, Steven C. Gonzalez, J., entered August 27, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51031-2-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD JEROME CAREY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03629-1, Carol A. Schapira, J., entered August 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51061-4-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DELBERT R. SHELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00250-6, Ronald L. Castleberry, J., entered August 21, 2002. *Affirmed* by unpublished per curiam opinion.